| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br> **Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, As Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, SERIES 2006-M2** <br><br> Aleisha C. Jennings, Esq. (AJ-049302015) | CASE NO.: 19-15002-KCF <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Heather J. Schwarz,** <br><br>     **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, As Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 14), and states as follows:

1. Debtor, Heather J Schwarz, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on March 12, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 478 Woodpark Drive, Brick, NJ 08723, by virtue of a Mortgage recorded on June 26, 2006 in Book 13227, at Page 0111 of the Public Records of Ocean County, NJ. Said Mortgage secures a Note in the amount of $224,720.00.

3. The Debtor filed a Chapter 13 Plan on March 26, 2019.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is

approximately $129,496.35, whereas the Plan proposes to pay only $125,000.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $129,496.35, subject to the final figures in the anticipated proof of claim, as the pre-petition arrearage over the life of the plan.

5. Thus far, loan modification has not been offered or approved. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
>
> By: /s/Aleisha C. Jennings
> Aleisha C. Jennings, Esquire
> NJ Bar Number (AJ-049302015)
> Email: ajennings@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br><br>**DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>**Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, As Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, SERIES 2006-M2**<br><br>Aleisha C. Jennings, Esq. (AJ-049302015) | CASE NO.: 19-15002-KCF<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Heather Schwarz,**<br><br>    Debtor. | |

# CERTIFICATION OF SERVICE

1. I, Aleisha C. Jennings, represent Ocwen Loan Servicing, LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-M2 in this matter.

2. On April 10, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Debtor's Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

April 10, 2019

                                RAS Citron, LLC
                                Attorney for Secured Creditor
                                130 Clinton Road, Suite 202

Fairfield, NJ 07004
Telephone Number 973-575-0707

By: /s/Aleisha C. Jennings
Aleisha C. Jennings, Esquire
NJ Bar Number (AJ-049302015)
Email: ajennings@rasnj.com

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Daniel E Straffi, Jr.<br>670 Commons Way<br>Toms River, NJ 08755 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Heather J. Schwarz<br>478 Woodpark Drive<br>Brick, NJ 08723-5618 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |