UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

In Re:

Schwarz, Heather

Debtor(s).

**Order Filed on April 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-13283

Adv. No.:

Hearing Date:

Judge: Kathryn C. Ferguson

# ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through  _n/a_  is hereby **ORDERED**.

**DATED: April 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Schwarz, Heather
Case No: 19-15002/KCF

## ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

**THIS MATTER**, having been brought before this Court by Daniel E. Straffi, Jr., Esq., attorney for the debtor for an Order to Extend Automatic Stay as to all Creditors and the Court having considered the papers submitted and any objections, and for good cause appearing and it is hereby:

**ORDERED** as follows:

1.     The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors pending further order of this Court; and it is

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-15002-KCF
Heather J. Schwarz                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin           Page 1 of 1         Date Rcvd: Apr 12, 2019
                         Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
db           Heather J. Schwarz,    478 Woodpark Drive,    Brick, NJ 08723-5618
aty         +Daniel E Straffi, Jr.,    670 Commons Way,    Toms River, NJ 08755-6431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
      Albert Russo     docs@russotrustee.com
      Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
       ajennings@rasflaw.com
      Daniel E. Straffi    on behalf of Debtor Heather J. Schwarz bkclient@straffilaw.com,
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 6